| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-21378 / CMG**

Wajeedah Anderson

Petition Filed Date: 12/07/2023
341 Hearing Date: 01/04/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2024 | $535.50 | | | | | | | |

**Total Receipts for the Period: $535.50    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $535.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Wajeedah Anderson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq. | Attorney Fees | $2,560.00 | $0.00 | $2,560.00 |
| | | No Disbursements: No Check | | | |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2020-2022 | Priority Creditors | $6,951.44 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $168.86 | $0.00 | $0.00 |
| 3 | CONSUMER PORTFOLIO SERVICES<br>»» 2015 JEEP PATRIOT | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,984.33 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,650.05 | $0.00 | $0.00 |
| 6 | TD RETAIL CARD SERVICES | Secured Creditors<br>Hold Funds: Pending Resolution | $1,854.00 | $0.00 | $0.00 |
| 7 | TD RETAIL CARD SERVICES | Unsecured Creditors<br>Hold Funds: Pending Resolution | $4,277.56 | $0.00 | $0.00 |
| 8 | TD RETAIL CARD SERVICES | Secured Creditors<br>Hold Funds: Pending Resolution | $1,055.00 | $0.00 | $0.00 |
| 9 | TD RETAIL CARD SERVICES | Unsecured Creditors<br>Hold Funds: Pending Resolution | $45.20 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,460.77 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-21378 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $535.50 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,071.00 |
| Paid to Trustee: | $44.45 | Arrearages: | $535.50 |
| Funds on Hand: | $491.05 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

