Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−21378−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wajeedah Anderson
   90 Madison Court
   Asbury Park, NJ 07712

Social Security No.:
   xxx−xx−4840

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 13, 2024.

Dated: February 13, 2024
JAN: rms

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21378-CMG |
| Wajeedah Anderson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 13, 2024 | Form ID: plncf13 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wajeedah Anderson, 90 Madison Court, Asbury Park, NJ 07712-7747 |
| 520105582 | | Delaware EZPass Violations Center, PO Box 697, Dover, DE 19903-0697 |
| 520160771 | + | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 13 2024 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 13 2024 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520105565 | | Email/PDF: bncnotices@becket-lee.com | Feb 13 2024 21:07:15 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 520105566 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2024 21:06:56 | Ashley Homestore, PO box 100114, Columbia, SC 29202-3114 |
| 520105567 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 13 2024 21:02:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 520105581 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Feb 13 2024 21:02:00 | Credit Corp Solutions, 121 W Election Road, Suite 200, Draper, UT 84020 |
| 520105568 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 13 2024 21:07:14 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520118991 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 13 2024 21:18:05 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520105572 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2024 21:07:41 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520151966 | | Email/Text: bnc-quantum@quantum3group.com | Feb 13 2024 21:04:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 520152406 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2024 21:07:41 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520105574 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 13 2024 21:04:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 520105575 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 13 2024 21:04:00 | Comenity Bank/Big Lots, PO Box 659707, San Antonio, TX 78265-9707 |
| 520105576 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 13 2024 21:04:00 | Comenitycb/Ulta, Attn: Bankruptcy Dept, PO Box 183003, Columbus, OH 43218-3003 |

Case 23-21378-CMG    Doc 17    Filed 02/15/24    Entered 02/16/24 00:22:00    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: plncf13 | Total Noticed: 40 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520105577 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 13 2024 21:04:00 | | Commenity Bank/Victoria Secret, PO Box 18215, Columbus, OH 43218 |
| 520105578 | + | Email/Text: bankruptcy@consumerportfolio.com Feb 13 2024 21:04:00 | | Consumer Portfolio Servicing, PO Box 57071, Irvine, CA 92619-7071 |
| 520105579 | + | Email/Text: bankruptcy_notifications@ccsusa.com Feb 13 2024 21:05:00 | | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520105586 | | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 13 2024 21:07:13 | | Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 520105583 | + | Email/PDF: ais.fpc.ebn@aisinfo.com Feb 13 2024 21:07:17 | | First Premier Bank, PO Box 5514, Sioux Falls, SD 57117-5514 |
| 520105584 | | Email/Text: sbse.cio.bnc.mail@irs.gov Feb 13 2024 21:03:00 | | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520144913 | | Email/Text: JCAP_BNC_Notices@jcap.com Feb 13 2024 21:04:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520141706 | | Email/Text: JCAP_BNC_Notices@jcap.com Feb 13 2024 21:04:00 | | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 520159086 | | Email/PDF: resurgentbknotifications@resurgent.com Feb 13 2024 21:07:53 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520105585 | | Email/Text: camanagement@mtb.com Feb 13 2024 21:04:00 | | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 520105588 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com Feb 13 2024 21:02:00 | | NJ E-Zpass Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 520105587 | | Email/Text: NissanBKNotices@nationalbankruptcy.com Feb 13 2024 21:03:00 | | Nissan Infiniti, PO Box 660366, Dallas, TX 75266-0366 |
| 520105593 | ^ | MEBN Feb 13 2024 20:58:28 | | Northstar Location Services LLC, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 520158457 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2024 21:07:11 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520159072 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2024 21:18:08 | | Portfolio Recovery Associates, LLC, c/o Vivint, POB 41067, Norfolk VA 23541 |
| 520157270 | | Email/Text: bnc-quantum@quantum3group.com Feb 13 2024 21:04:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520157272 | | Email/Text: bnc-quantum@quantum3group.com Feb 13 2024 21:04:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520105595 | | Email/PDF: ais.sync.ebn@aisinfo.com Feb 13 2024 21:07:13 | | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 520105594 | + | Email/PDF: pa_dc_claims@navient.com Feb 13 2024 21:07:00 | | Sallie Mae, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 520105601 | ^ | MEBN Feb 13 2024 20:58:47 | | TD Retail Card Services, PO Box 100114, Columbia, SC 29202-3114 |
| 520126326 | + | Email/Text: tdebn@credbankserv.com Feb 13 2024 21:03:00 | | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520105599 | + | Email/Text: bncmail@w-legal.com Feb 13 2024 21:04:00 | | Target, c/o Financial & Retail Svc, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 520105600 | + | Email/Text: Atlanticus@ebn.phinsolutions.com Feb 13 2024 21:02:00 | | Tbom/atls/fortiva, Attn: Bankruptcy, PO box 105555, Atlanta, GA 30348-5555 |

TOTAL: 37

## BYPASSED RECIPIENTS

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: plncf13 | Total Noticed: 40 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520105571 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520105569 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520105570 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520105573 | *+ | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520105580 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520105589 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, NJ E-Zpass Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 520105590 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, NJ E-Zpass Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 520105591 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, NJ E-Zpass Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 520105592 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, NJ E-Zpass Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 520105596 | * | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 520105597 | * | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 520105598 | * | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Wajeedah Anderson cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4